**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

WALTER MILES,

Plaintiff,

v.

LEWIS TREE SERVICE INC., WILDERNESS USA, INC., and BILLY MCCOLLUM

Defendant.

Case No. 6:25-cv-6042 (EAW)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure – Plaintiff hereby respectfully gives notice of his voluntary dismissal of claims under Counts Three and Four in his Complaint and all claims against Defendant Billy McCollum in the above-captioned case without prejudice.

Dated: Jamaica, New York
March 12, 2025

Respectfully submitted,
*/s/ Uri Horowitz*
Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Tel: +1 718-705-8706
Fax: +1 718-705-8705
Email: Uri@Horowitzlawpllc.com

**CONSUMER ATTORNEYS PLLC**
Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (email)

*Pending admission*

*Attorneys for Plaintiff*
*Walter Miles*

Dated: Rochester, New York
March ____, 2025

SO ORDERED:

_________________________________
Hon. Elizabeth A. Wolford, Chief U.S.D.J.