**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Sep 08 2025

KEVIN P. WEIMER , Clerk

By: Kari Butler

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WALTER MILES,

    Plaintiff,

  v.

LEWIS TREE SERVICE, INC., et al.,

    Defendants.

CIVIL ACTION FILE NO.

4:25-CV-00244-WMR-JHR

## <u>ORDER</u>

On September 4, 2025, the United States District Court for the Western District of New York ordered [20] that this case be transferred to the Northern District of Georgia.  The docket sheet indicates that defendants filed a Motion to Dismiss [7] on February 18, 2025.  Local Rule 16.2 requires litigants to file a Joint Preliminary Report and Discovery Plan thirty days after the appearance of the first defendant by answer or motion.  N.D. Ga. Civ. R. 16.2.  Additionally, Local Rule 3.3 requires parties to file a Certificate of Interested Persons and Corporate Disclosure Statement at the time of first appearance.  <u>Id.</u> R. 3.3.  Those deadlines have expired and the parties have not filed all required documents.

Accordingly, the Court **DIRECTS** the parties to comply with this Court's Local Rules and file a Joint Preliminary Report and Discovery Plan within **FOURTEEN (14) DAYS** of the date of this Order.

The Clerk is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge at the expiration of that time period.

**SO ORDERED**, this 8th day of September, 2025.

_____

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE