**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

WALTER MILES,

        Plaintiff,

v.

LEWIS TREE SERVICE, INC., et. al.,

        Defendants.

Civil Action No. 4:25-cv-00244-WMR-JHR

## NOTICE OF APPEARANCE

Defendants Lewis Tree Service, Inc. and Wilderness USA, Inc. ("Defendants"), hereby give notice of the appearance of Dominique F. Saint-Fort of the law firm of Littler Mendelson, P.C. as counsel of record and respectfully request that her appearance be reflected in the Court's docket report and that all pleadings, notices and correspondence be sent to the undersigned.

Dated:  September 12, 2025

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:  404.233.0330
Facsimile:   404.233.2361

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2025, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to the action as follows:

Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Abdullah Law, P.C.
Uri@Horowitzlawpllc.com

Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY  11367
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*

*/s/Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Attorney for Defendant