**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

WALTER MILES,

        Plaintiff,

v.

LEWIS TREE SERVICE, INC., et. al.,

        Defendants.

Civil Action No. 4:25-cv-00244-WMR-JHR

## **ORDER**

Upon review of Defendants' Motion for Leave to File an Amended Motion to Dismiss and to Stay Discovery and Related Deadlines, and for good cause shown, the Court Orders that: (a) the deadline for Defendants to file an amended Motion to Dismiss is September 30, 2025; and (b) the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rules 16 and 26 related to the commencement of discovery in this matter are suspended, and confirms that the discovery period in this matter has not yet commenced and will be stayed until such time as the Court rules on Defendant's Motion to Dismiss.

Following decision on Defendants' pending Motion to Dismiss, should any of Plaintiff's claims remain, the parties to the action shall conduct the conference required by Fed. R. Civ. Pro. 26(f) and Local Rule 16.1 within sixteen (16) days of

that decision and file a proposed Scheduling/Discovery Order within fourteen (14)

days thereafter.

      **SO ORDERED,** this _____ day of _____, 2025.


_____
JOHN H. RAINS, IV
UNITED STATES MAGISTRATE JUDGE

2