# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

WALTER MILES,

               Plaintiff,

v.

LEWIS TREE SERVICE, INC. AND
WILDERNESS USA, INC.,

               Defendants.

Civil Action No. 4:25-cv-00244-WMR

## DEFENDANTS LEWIS TREE SERVICE, INC. AND WILDERNESS USA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants Lewis Tree Service, Inc. and Wilderness USA, Inc. (collectively, "Defendants") by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, N.D. Ga., hereby submit their Certificate of Interested Persons and Corporate Disclosure statement.

(1)    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- North Coast Holdings, Inc., the owner of Lewis Tree Service, Inc. and parent corporation of Wilderness USA, Inc.

- Lewis Tree Service, Inc.

- Wilderness USA, Inc.

- Walter Miles.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving (or who have previously served) as attorneys for the parties, including proposed intervenors, in this case:

- <u>Counsel for Plaintiff Walter Miles in the Action that was Filed in the United States District Court for the Western District of New York</u>:

    Uri Horowitz, Esq.
    *Pro Hac Vice Request Not Filed in the Above-Captioned Action*
    Abdullah Law, P.C.
    14441 70th Road
    Flushing, NY 11367

    Emanuel Kataev, Esq.
    *Pro Hac Vice Request Not Filed in the Above-Captioned Action*
    68-29 Main Street
    Flushing, NY  11367

- Counsel for Defendants Lewis Tree Service, Inc. and Wilderness USA, Inc.:

Dominique F. Saint-Fort
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326

Jessica F. Pizzutelli,
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
375 Woodcliff Drive
Suite 2D
Fairport, New York 14450

Dated:  September 19, 2025         */s/ Dominique F. Saint-Fort*
                                   Dominique F. Saint-Fort, Bar No. 526306
                                   dsaintfort@littler.com
                                   LITTLER MENDELSON, P.C.
                                   3424 Peachtree Road N.E.
                                   Suite 1200
                                   Atlanta, Georgia 30326.1127
                                   Telephone:  404.233.0330
                                   Facsimile:   404.233.2361

                                   Jessica F. Pizzutelli, Bar No. 5278296
                                   *Admitted Pro Hac Vice*
                                   jpizzutelli@littler.com
                                   LITTLER MENDELSON, P.C.
                                   375 Woodcliff Drive
                                   Suite 2D
                                   Fairport, New York 14450
                                   Telephone:  585.203.3400
                                   Facsimile:   585.203.3414

                                    *Attorneys for Defendants*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 19, 2025, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to the action as follows:

Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY  11367
mail@emanuelkataev.com

Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Abdullah Law, P.C.
Uri@Horowitzlawpllc.com

*Attorneys for Plaintiff*

*/s/Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Attorney for Defendant