FILED IN CHAMBERS
U.S.D.C-ROME

Date: 10/9/2025

KEVIN P. WEIMER, Clerk

By s/ T. Frazier

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WALTER MILES,

    Plaintiff,

  v.

LEWIS TREE SERVICE, INC., et al.,

    Defendants.

CIVIL ACTION FILE NO.

4:25-CV-00244-WMR-JHR

## <u>ORDER</u>

This matter is before the Court on the defendants' unopposed Motion for Leave to File an Amended Motion to Dismiss and for a Stay [29]; and their Motion For an Extension of Time [31].

On September 4, 2025, the United States District Court for the Western District of New York transferred [20] the case to this Court. The defendants' request to file an amended motion to dismiss is reasonable under the circumstances, as is their request to stay all pre-trial deadlines until the Court rules on said motion. Moreover, the plaintiff does not oppose those requests. See N.D. Ga. Civ. R. 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion.")

Accordingly, the Court **GRANTS** the Motion for Leave to File an Amended Motion to Dismiss and for a Stay [29] and Motion For an Extension of Time [31]. The defendants shall have through October 14, 2025 to file an amended motion to dismiss and this case is **STAYED** until the Court issues an order on that motion.

**SO ORDERED**, this 9th day of October, 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE