# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| WALTER MILES, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS TREE SERVICE, INC., et. al., <br><br> Defendants. | Civil Action No. 4:25-cv-00244-WMR-JHR |

## DEFENDANTS' AMENDED PARTIAL MOTION TO DISMISS

Defendants Lewis Tree Service, Inc. and Wilderness USA, Inc. (collectively, "Defendants") by and through counsel, respectfully amend their motion to dismiss Plaintiff Walter Miles's ("Plaintiff") claims of: (1) retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e *et seq.* as against Lewis Tree and Wilderness; (2) race discrimination under Title VII as against Wilderness; and (3) race discrimination claims predating April 16, 2023 under Title VII as against Lewis Tree, for failure to state a claim upon which relief can be granted pursuant to the Federal Rules of Civil Procedure 12(b)(6). In support of this Motion, Defendants rely upon their Memorandum of Law which is attached hereto and incorporated herein.

| | |
|---|---|
| Dated: October 14, 2025 | /s/ Dominique F. Saint-Fort |
| | Dominique F. Saint-Fort, Bar No. 526306 |
| | dsaintfort@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 3424 Peachtree Road N.E. |
| | Suite 1200 |
| | Atlanta, Georgia 30326.1127 |
| | Telephone:  404.233.0330 |
| | Facsimile:   404.233.2361 |
| | |
| | Jessica F. Pizzutelli, Bar No. 5278296 |
| | *Pro Hac Vice Admission Granted* |
| | jpizzutelli@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 375 Woodcliff Drive |
| | Suite 2D |
| | Fairport, New York 14450 |
| | Telephone:  585.203.3400 |
| | Facsimile:   585.203.3414 |
| | |
| | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to the action.

/s/Dominique F. Saint-Fort
Dominique F. Saint-Fort
Attorney for Defendant