IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WALTER MILES,<br><br>      Plaintiff,<br><br>   v.<br><br>LEWIS TREE SERVICE, INC., et al.,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>4:25-CV-00244-WMR-JHR |

**ORDER TO SHOW CAUSE**

This matter is before the Court on the Court's own Motion and on the defendants' Amended Partial Motion to Dismiss [33].[1]

On September 5, 2025, the Clerk notified [22, 23, 24] all counsel who have appeared in this case and who are not admitted to the Court's bar of Local Rule 83.1, which requires such counsel to be admitted pro hac vice and to obtain local counsel. Counsel for the defendants complied [28], but the plaintiff's counsel have yet to do so and the 10-day deadline set by the Clerk has lapsed. Pursuant to the

---

[1] The Clerk is **DIRECTED** to terminate defendant Billy McCollum from this action, as the plaintiff has voluntarily dismissed him [15].

Clerk's instructions, if the plaintiff's counsel have decided not to apply for full admission or for admission pro hac vice, they "must either (1) file a motion to withdraw and identify therein the attorney who will represent the party or (2) file a notice of substitution of counsel." (Letter of Sept. 5, 2025 [22, 23].) The Court **DIRECTS** the plaintiff and his counsel to determine their course of action in that regard and notify the Court of their decision within **TEN (10) DAYS** of the date of this Order. Failure to do so will result in a recommendation that this case be dismissed for want of prosecution. See N.D. Ga. Civ. R. 41.3 (permitting dismissal for want of prosecution if "[a] plaintiff or plaintiffs attorney shall, after notice, . . . fail or refuse to obey a lawful order of the Court in the case").

Additionally, the plaintiff has failed to respond to the defendants' Amended Partial Motion to Dismiss. Pursuant to Local Rule 7.1(B), the "[f]ailure to file a response shall indicate that there is no opposition to the motion." N.D. Ga. Civ. R. 7.1(B). Accordingly, the Court **DIRECTS** the plaintiff to show cause within **TEN (10) DAYS** of the date of this Order why the Motion should not be granted.

**SO ORDERED**, this 3rd day of November, 2025.

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE