IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WALTER MILES,<br><br>    Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>4:25-CV-00244-WMR-JHR |

**ORDER FOR**
**SERVICE OF REPORT AND RECOMMENDATION**

The Report and Recommendation of the undersigned United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), N.D. Ga. Civ. R. 72.1(B), (D), and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **FOURTEEN (14) DAYS** of service of this Order. N.D. Ga. Civ. R. 72.1(E). Absent prior permission of the

Court, objections and any responses thereto are limited in length to twenty-five (25) pages. Id. Reply briefs may not be filed unless the moving party requests, and the presiding judge grants, leave to do so. Id. If leave is granted, the reply brief must be filed no later than the deadline set by the presiding judge, and, unless the Court orders otherwise, be limited in length to fifteen (15) pages. Id.

Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. **If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection**, subject to interests-of-justice plain error review. See Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 11th Cir. R. 3-1 ("A party failing to object to a magistrate judge's findings or recommendations . . . waives the right to challenge on appeal the district court's order based on unobjected-to factual and

legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.").

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED AND DIRECTED**, this 1st day of December, 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE