IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WALTER MILES, | |
| Plaintiff, | CIVIL ACTION FILE NO: |
| v. | 4:25-cv-00244-WMR |
| LEWIS TREE SERVICE, INC., *et al.*, | |
| Defendants. | |

## ORDER

This matter comes before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R"). [Doc. 35]. In the R&R, the Magistrate reports that Plaintiff and his counsel have failed to comply with the Clerk's Notice [Docs. 22, 23, 24] and the Court's November 3, 2025 Order [Doc. 34]. [*Id.* at 3]. Additionally, the Magistrate reports that Plaintiff has filed no opposition to Defendants' Amended Partial Motion to Dismiss, and after having found their arguments meritorious, recommends that the Court grant the Defendants' Motion to Dismiss [Doc. 33]. [*Id.*]. To date, Plaintiff has not filed objections to the R&R.

I.     **LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within fourteen days after being served with a copy.

1

If a party files objections, however, the Court must determine *de novo* any part of the R&R that is the subject of a proper objection. *Id*. Because no objection to the R&R has been filed in this case, the clear error standard applies.

## II.  CONCLUSION

After considering the Final Report and Recommendation [Doc. 35], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Order of this Court. Accordingly, Defendants' Amended Partial Motion to Dismiss [Doc. 33] is **GRANTED**.

**IT IS SO ORDERED**, this 20th day of January, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE