# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| WALTER MILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC., et. al.,<br><br>　　　　Defendants. | Civil Action No. 4:25-cv-00244-WMR-JHR |

## DEFENDANTS' MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO PROSECUTE

Defendant Lewis Tree Service, Inc. ("Defendant") by and through counsel and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, respectfully move this Court for an Order dismissing Plaintiff's remaining claims against Defendant with prejudice based upon Plaintiff's failure to prosecute his case or comply with the Federal Rules of Civil Procedure and/or this Court's November 3, 2025, Order. In support of this Motion, Defendant relies upon their Memorandum of Law which is attached hereto and incorporated herein.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and dismiss this case with prejudice for Plaintiff's failure to prosecute.

Dated:  February 10, 2026

*/s/ Dominique F. Saint-Fort*

Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127
Telephone:  404.233.0330
Facsimile:   404.233.2361

Jessica F. Pizzutelli, Bar No. 5278296
*Pro Hac Vice Admission Granted*
jpizzutelli@littler.com
LITTLER MENDELSON, P.C.
375 Woodcliff Drive
Suite 2D
Fairport, New York 14450
Telephone:  585.203.3400
Facsimile:   585.203.3414

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to the action.

*/s/Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Attorney for Defendant