AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| WALTER MILES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:25-CV-00244-WMR-JHR |
| LEWIS TREE SERVICE INC., ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Walter Miles.

Date:   02/11/2026

/s/ Moshe Boroosan
*Attorney's signature*

Moshe Boroosan, GA Bar # #744128
*Printed name and bar number*

CONSUMER ATORNEYS
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
*Address*

mboroosan@consumerattorneys.com
*E-mail address*

(718) 887-2926
*Telephone number*

(718) 874-2914
*FAX number*