# Exhibit A

CLOSED,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:25-cv-06042-EAW

| | |
|---|---|
| Miles v. Lewis Tree Service, Inc. et al | Date Filed: 01/20/2025 |
| Assigned to: Hon. Elizabeth A. Wolford | Date Terminated: 09/05/2025 |
| Cause: 42:2000 Job Discrimination (Race) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Walter Miles**  represented by  **Emanuel Kataev**
Consumer Attorneys PLLC
68-29 Main Street
Flushing, NY 11367
718-412-2421
Fax: 718-489-4155
Email: emanuel@sagelegal.nyc
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uri Horowitz**
Horowitz Law, PLLC
14441 70th Road
Flushing, NY 11367
718-705-8700
Fax: 718-705-8705
Email: uri@horowitzlawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lewis Tree Service, Inc.**  represented by  **Jessica F. Pizzutelli**
Littler Mendelson
375 Woodcliff Drive
Suite 2D
Fairport, NY 14450
585-203-3403
Fax: 585-486-1605
Email: jpizzutelli@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Wilderness USA, Inc. | represented by | Jessica F. Pizzutelli<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Billy McCollum | represented by | Jessica F. Pizzutelli<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2025 | | Case transferred from New York Western has been opened in Northern District of Georgia as case 4:25-cv-00244. (TF) (Entered: 09/05/2025) |
| 09/05/2025 | | Case transferred to the Northern District of Georgia. (TF) (Entered: 09/05/2025) |
| 09/04/2025 | 20 | DECISION AND ORDER granting 7 Motion to Transfer Venue to the United States District Court for the Northern District of Georgia and Deferring Ruling on Motion to Dismiss. Signed by Hon. Elizabeth A. Wolford on 09/04/2025. (MGB)<br><br>**Clerk to Follow up** (Entered: 09/04/2025) |
| 05/08/2025 | 19 | NOTICE of Appearance by Emanuel Kataev on behalf of Walter Miles (Kataev, Emanuel) (Entered: 05/08/2025) |
| 04/25/2025 | 18 | REPLY to Response to Motion re 7 MOTION to Dismiss *and/or Transfer Venue* filed by Lewis Tree Service, Inc., Wilderness USA, Inc.. (Pizzutelli, Jessica) (Entered: 04/25/2025) |
| 04/14/2025 | | E-Filing Notification: Clerk revised docket text of 17 to "MEMORANDUM in Opposition" to clarify the filing event. (JHF) (Entered: 04/14/2025) |
| 04/11/2025 | 17 | MEMORANDUM in Opposition re 7 MOTION to Dismiss *and/or Transfer Venue* filed by Walter Miles. (Horowitz, Uri) Modified on 4/14/2025 (JHF). (Entered: 04/11/2025) |
| 03/12/2025 | 16 | SUMMONS Returned Executed by Walter Miles. (Horowitz, Uri) (Entered: 03/12/2025) |
| 03/12/2025 | 15 | NOTICE by Walter Miles *Notice of Voluntary Dismissal as to Defendant Billy McCollum only* (Horowitz, Uri) (Entered: 03/12/2025) |
| 03/12/2025 | 14 | TEXT ORDER granting 13 Consent Motion for Extension of Time to Respond. The deadline for Plaintiff to respond to Defendants Motion to Dismiss is April 11, 2025. Replies are due on or before April 25, 2025. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 3/12/2025. (JKS) (Entered: 03/12/2025) |
| 03/12/2025 | 13 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss *and/or Transfer Venue* by Walter Miles.(Horowitz, Uri) (Entered: 03/12/2025) |
| 02/28/2025 | | E-Filing Notification: Incorrect.pdf file attached to entry. Action required: re-file entry with correct attachment re 11 SUMMONS Returned Executed by Walter Miles. Wilderness USA, Inc. served on 1/28/2025. Clerk to modify entry to reflect the correct defendant served. (TF) (Entered: 02/28/2025) |
| 02/27/2025 | 12 | SUMMONS Returned Executed by Walter Miles. Lewis Tree Service, Inc. served on 1/27/2025, answer due 2/18/2025. (Horowitz, Uri) (Entered: 02/27/2025) |

| | | |
|---|---|---|
| 02/27/2025 | 11 | SUMMONS Returned Unexecuted as to Billy McCollum. (Horowitz, Uri) Modified on 2/28/2025 (TF). (Entered: 02/27/2025) |
| 02/19/2025 | 10 | Summons re-issued as to Billy McCollum. (TF) (Entered: 02/19/2025) |
| 02/19/2025 | 9 | TEXT ORDER re 7 Motion to Dismiss and/or Transfer Venue. Responses are due on or before March 12, 2025. Replies are due on or before March 19, 2025. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the motion will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/19/2025. (CAL) (Entered: 02/19/2025) |
| 02/18/2025 | 8 | Corporate Disclosure Statement by Lewis Tree Service, Inc., Wilderness USA, Inc., Billy McCollum identifying Corporate Parent North Coast Holdings, Inc for Lewis Tree Service, Inc., Wilderness USA, Inc... (Pizzutelli, Jessica) (Entered: 02/18/2025) |
| 02/18/2025 | 7 | MOTION to Dismiss *and/or Transfer Venue* by Lewis Tree Service, Inc., Wilderness USA, Inc., Billy McCollum. (Attachments: # 1 Memorandum in Support, # 2 Declaration) (Pizzutelli, Jessica) (Entered: 02/18/2025) |
| 02/18/2025 | 6 | Original Summons Filed. (Horowitz, Uri) (Entered: 02/18/2025) |
| 01/27/2025 | | ATTENTION ALL PLAINTIFFS OR INTERVENORS: Pursuant to Fed. R. Civ. P.7.1 and/or General Order No. 157. In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Disclosure Statements are to be filed within seven (7) days of this notice. (KM) (Entered: 01/27/2025) |
| 01/23/2025 | 5 | Summons Issued as to Lewis Tree Service, Inc., Billy McCollum, Wilderness USA, Inc.. (Attachments: # 1 Summons, # 2 Summons)(TF) (Entered: 01/23/2025) |
| 01/21/2025 | 4 | Original Summons Filed. (Horowitz, Uri) (Entered: 01/21/2025) |
| 01/21/2025 | 3 | Original Summons Filed. (Horowitz, Uri) (Entered: 01/21/2025) |
| 01/21/2025 | 2 | Original Summons Filed. (Horowitz, Uri) (Entered: 01/21/2025) |
| 01/21/2025 | | Original Summons Not Submitted. (TMK) (Entered: 01/21/2025) |
| 01/21/2025 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (TMK) (Entered: 01/21/2025) |
| 01/21/2025 | | AUTOMATIC REFERRAL TO MEDIATION Pursuant to Section 2.1(A) of the Plan for Alternative Dispute Resolution in the United States District Court for the Western District of New York (the ADR Plan), this case is automatically referred to ADR. To access the ADR Plan and for inquiries regarding the Court's ADR Program please review the Court's ADR webpage and/or contact the Court's ADR Administrator at adrprogram@nywd.uscourts.gov.<br><br>Prior to the Local Rule 16 scheduling conference, counsel and unrepresented parties shall review the ADR Plan and confer with each other regarding ADR for this case. Unless the parties agree to a different intervention, it is presumed they will participate in mediation. The parties shall be prepared to report on the outcome of their ADR discussion at the scheduling conference, as the initial Scheduling Order for this case will establish ADR deadlines in accordance with the ADR Plan. (TMK) (Entered: 01/21/2025) |

| | | |
|---|---|---|
| 01/21/2025 | | Case Assigned to Hon. Elizabeth A. Wolford. Notification to Chambers of on-line civil case opening. (TMK) (Entered: 01/21/2025) |
| 01/20/2025 | 1 | COMPLAINT against Lewis Tree Service, Inc., Billy McCollum, Wilderness USA, Inc. $ 405 receipt number ANYWDC-5381419, filed by Walter Miles. (Attachments: # 1 Civil Cover Sheet)(Horowitz, Uri) (Entered: 01/20/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2026 11:22:08 | | | |
| **PACER Login:** | 103250bh | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:25-cv-06042-EAW |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |