**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

WALTER MILES,

      Plaintiff,

v.

LEWIS TREE SERVICE INC.,

      Defendants.

Case No.: 4:25-cv-244 (WMR) (JHR)

**CONSENT MOTION TO
CONTINUE 26(f) CONFERENCE**

Plaintiff Walter Miles ("Plaintiff"), by and through undersigned counsel, respectfully moves this Honorable Court to continue the Rule 26(f) Conference and filing of a joint planning report and proposed scheduling order currently due on March 31, 2026, and in support of which, respectfully state as follows:

1. Pursuant to the Court's Order entered on the docket [Dkt. 46], a Rule 26(f) Conference and filing joint planning report and proposed scheduling order is currently due by March 31, 2026.

2. On March 17, 2026, the Court issued an Order directing Parties to file a joint planning report and proposed scheduling order by March 31, 2026.

3. The Parties have been in communication regarding the scheduling a Rule 26(f) meeting.

- 1 -

4. Plaintiff requires a continuance because his undersigned counsel has been in depositions and court appearances all week such that he has been unavailable to conduct a Rule 26(f) conference with Defendant.

5. Specifically, Plaintiff has been engaged in the following matters from March 19, 2026 through March 27, 2026, many of which took substantial time to prepare for in advance of March 19, 2026.

- A virtual settlement conference before the Hon. Taryn A. Merkl, U.S.M.J. in a matter pending before the United States District Court for the Eastern District of New York ("EDNY") on March 19, 2026;

- A virtual mediation before a court-appointed mediator in a separate matter pending before the EDNY on March 19, 2026;

- A virtual CAMP conference before a mediator appointed by the United States Court of Appeals for the Second Circuit on March 19, 2026;

- An in-person court appearance before the Hon. Aaron D. Maslow, J.S.C. in the Supreme Court of the State of New York, Kings County on March 20, 2026;

- A virtual court appearance before the Hon. Andrew Borrok, J.S.C. in the Supreme Court of the State of New York, New York County on March 20, 2026;

- An in-person court appearance before the Hon. Julie G. Denton, J.S.C. in the Supreme Court of the State of New York, Oneida County on March 23, 2026, which courthouse is a four (4) hour drive from where your undersigned resides in Great Neck, New York;

- An in-person court appearance before the Hon. Steven I. Locke, U.S.M.J. in a separate matter pending before the EDNY on March 24, 2026;

- A virtual deposition in a RICO case your undersigned is prosecuting in the EDNY on March 24, 2026;

- Another virtual deposition in the same RICO case pending in the EDNY on March 25, 2026;

- Two more virtual depositions (i.e., of two witnesses) in the same RICO case pending in the EDNY on March 26, 2026;

- An in-person court appearance before the Hon. Edmund M. Dane, J.S.C. in the Supreme Court of the State of New York, Nassau County on March 26, 2026; and

- A virtual deposition for a matter pending before the United States District Court for the District of Louisiana on March 27, 2026.

6. In light of the foregoing engagements, many of which were time-consuming all-day events which took significant time to prepare for, Plaintiff therefore respectfully requests that the Court continue the Rule 26(f) Conference and filing joint planning report and proposed scheduling order to April 9, 2026, to allow sufficient time for Parties to conduct their Rule 26(f) meeting and prepare the joint planning report and proposed scheduling order

7. This is Plaintiff's first request to continue the Rule 26(f) Conference and filing joint planning report and proposed scheduling order.

WHEREFORE, and good cause appearing, Plaintiff respectfully requests that this Honorable Court enter an order granting Plaintiff's request to continue the Rule

26(f) Conference and filing joint planning report and proposed scheduling order to April 9, 2026.

RESPECTFULLY SUBMITTED,

Dated: March 27, 2026

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com
*Admitted pro hac vice*

**CONSUMER ATTORNEYS PLLC**
Moshe O. Boroosan, Esq.
GA Bar No.: 744128
2800 North Druid Hills NE
Building A,Suite D
Atlanta, GA 30329-3921
(718) 887-2926 (office)
(718) 874-2914 (facsimile)
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Walter Miles*