**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

|  |  |
|---|---|
| WALTER MILES,<br><br>          Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE INC.<br><br><br>          Defendant. | Case No.<br>4:25-cv-244 (WMR) (JHR)<br><br><br>**ORDER GRANTING CONSENT MOTION TO CONTINUE 26(f) CONFERENCE** |

Before the Court is the Plaintiff's Motion to Continue 26 (f) meeting. After careful review, and good cause appearing Plaintiff's request to continue the Rule 26(f) Conference and filing joint planning report and proposed scheduling order to April 9, 2026 is **GRANTED.**

   **IT IS ORDERED** that the Motion is **GRANTED**.

Dated: March 31, 2026

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE

- 1 -