**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| WALTER MILES,<br><br>          Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE INC.<br><br>          Defendant. | Case No.: 4:25-cv-244 (WMR) (JHR)<br><br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I hereby certify that on May 11, 2026, I served a true and correct copy of the following document(s) described as: Plaintiff's Initial Disclosure Statement, pursuant to Fed. R. Civ. P. 26(A)(1) via e-mail, to the following:

<table>
<tr>
<td>LITTLER MENDELSON, P.C.<br>Dominique F. Saint-Fort,<br>dsaintfort@littler.com<br>3424 Peachtree Road N.E., Suite 1200<br>Atlanta, Georgia 30326.1127<br><i>Attorneys for Defendant</i></td>
<td>LITTLER MENDELSON, P.C.<br>Jessica F. Pizzutelli,<br>Pro Hac Vice Admission granted<br>jpizzutelli@littler.com<br>375 Woodcliff Drive, Suite 2D<br>Fairport, New York 14450<br><i>Attorneys for Defendant,</i></td>
</tr>
</table>

Respectfully submitted,

**CONSUMER ATTORNEYS PLLC**

<u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

- 6 -

*Admitted pro hac vice*

Moshe O. Boroosan, Esq.
GA Bar No.: 744128
2800 North Druid Hills NE
Building A, Suite D
Atlanta, GA 30329-3921
(718) 887-2926 (office)
(718) 874-2914 (facsimile)
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Walter Miles*