**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

WALTER MILES,

          Plaintiff,

v.

LEWIS TREE SERVICE, INC., et. al.,

          Defendants.

Civil Action No. 4:25-cv-00244-WMR-JHR

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I served a true and correct copy of

***Defendant's First Set of Interrogatories To Plaintiff*** upon counsel of record by

electronic mail address as follows:

| **CONSUMER ATTORNEYS, PLLC** | **CONSUMER ATTORNEYS, PLLC** |
|---|---|
| Moshe O. Boroosan, Esq. | Emanuel Kataev, Esq., |
| 2800 North Druid Hills NE | *Admitted pro hac vice* |
| Building A, Suite D | 6829 Main Street |
| Atlanta, GA 30329-3921 | Flushing, NY 11367-1305 |
| (718) 887-2926 (office) | (718) 412-2421 (office) |
| (718) 874-2914 (facsimile) | (718) 489-4155 (facsimile) |
| mboroosan@consumerattorneys.com | ekataev@consumerattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

*/s/ Dominique F. Saint-Fort*

Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:  404.443.3503

Jessica F. Pizzutelli,
Bar No. 5278296
*Pro Hac Vice Admission granted*
jpizzutelli@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone:   585.203.3400
Facsimile:    585.203.3414

Attorneys for Defendant

2