**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| WALTER MILES,<br><br>    Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC.,<br><br>    Defendant. | Civil Action No. 4:25-cv-00244-WMR-JHR |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I served a true and correct copy of

***Defendant's First Set of Requests for Production of Documents to Plaintiff*** upon

counsel of record by electronic mail address as follows:

| **CONSUMER ATTORNEYS, PLLC** | **CONSUMER ATTORNEYS, PLLC** |
|:---:|:---:|
| Moshe O. Boroosan, Esq. | Emanuel Kataev, Esq., |
| 2800 North Druid Hills NE | *Admitted pro hac vice* |
| Building A, Suite D | 6829 Main Street |
| Atlanta, GA 30329-3921 | Flushing, NY 11367-1305 |
| (718) 887-2926 (office) | (718) 412-2421 (office) |
| (718) 874-2914 (facsimile) | (718) 489-4155 (facsimile) |
| mboroosan@consumerattorneys.com | ekataev@consumerattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

*/s/Dominique F. Saint-Fort*
Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
3424 Peachtree Rd., NE, Ste 1200
Atlanta, GA  30326
Tel: 404.233.0330

Jessica F. Pizzutelli,
Bar No. 5278296
*Pro Hac Vice Admission granted*
jpizzutelli@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone:   585.203.3400
Facsimile:   585.203.3414

Attorneys for Defendant

2