**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

WALTER MILES,

           Plaintiff,

v.

LEWIS TREE SERVICE, INC.,

           Defendant.

Civil Action No. 4:25-cv-00244-WMR-JHR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, I served a true and correct copy of a

**NOTICE OF DEPOSITION OF PLAINTIFF WALTER MILES** upon counsel

of record by electronic mail as follows:

| **CONSUMER ATTORNEYS, PLLC** | **CONSUMER ATTORNEYS, PLLC** |
|---|---|
| Moshe O. Boroosan, Esq. | Emanuel Kataev, Esq., |
| mboroosan@consumerattorneys.com | *Admitted pro hac vice* |
| *Attorneys for Plaintiff* | ekataev@consumerattorneys.com |
| | *Attorneys for Plaintiff* |

/s/ Dominique F. Saint-Fort
Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:  404.443.3503