

**Littler Mendelson, P.C.**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, Georgia 30326.1127


Dominique F. Saint-Fort
Of Counsel
404.443.3503 direct
404.759.2377 fax
dsaintfort@littler.com

July 3, 2026

Hon. John H. Rains IV
United States Magistrate Judge
Harold L. Murphy Federal Building and United States Courthouse
600 East First Street
Room 212
Rome, GA 30161

      *Re:    Walter Miles v. Lewis Tree Servic, Inc., et al.*
              *4:25-CV-00244(WMR)(JHR)*

Dear Judge Rains and staff:

We write to inform the Court of a potential discovery dispute in this matter. Plaintiff served his responses to Defendant's discovery requests on June 26, 2026. On June 30, 2026, Defendant served Plaintiff with a discovery deficiency letter concerning Plaintiff's discovery responses and requested a conferral on July 2, 2026. The parties have not yet, however, been able to meet and confer about the issues raised in our letter. It was our hope for the parties to meet amongst themselves first to resolve the underlying discovery issues, to the fullest extent possible, without burdening the Court with those issues. In addition, Defendant noticed Plaintiff's deposition for July 6, 2026. Plaintiff's counsel requested to adjourn that deposition to a later date because Plaintiff's counsel has a court hearing that day. Defendant is amenable to Plaintiff's counsel's request.

Accordingly, and out of an abundance of caution, Defendant felt compelled to alert the Court regarding the potential discovery dispute and scheduling of Plaintiff's deposition considering the existing schedule, and because Defendant may be forced to seek the Court's intervention regarding the outstanding discovery dispute.

As such, we write to respectfully request that Defendant be permitted up to and including July 24, 2026 to take Plaintiff's deposition and, if necessary, file a letter with the Court to request a discovery dispute conference. To the extent the Court requires further information regarding this matter, please do not hesitate to contact counsel. We appreciate your time and attention to this matter.

July 3, 2026
Page 2

Sincerely,

Dominique F. Saint-Fort

DFS:tm

cc:     Jessica Pizzutelli, Esq.

littler.com