IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WALTER MILES,

    Plaintiff,

  v.

LEWIS TREE SERVICE, INC.,

    Defendant.

CIVIL ACTION FILE NO.

4:25-CV-00244-WMR-JHR

## **ORDER**

This matter is before the Court on the Court's own Motion to address the defendant's July 3, 2026 status report [57].

Discovery in this case expires today [50] and the parties have not moved to extend that period.  Based on the status report and a follow-up e-mail exchange with the Court's Deputy Clerk, it appears the parties have undertaken little to no discovery in this action.  Indeed, the status report (filed on a federal holiday three days before the close of discovery) is the first indication that they have had difficulty timely completing discovery.  According to the status report, the parties have not yet met and conferred regarding their discovery disputes but may be able

to agree to schedule a deposition outside the discovery period.  Therefore, the Court encourages the parties to work towards a resolution of these issues.

Accordingly, the parties are **DIRECTED** to appear for an **in-person status conference on August 3, 2026 at 1:00 p.m.** in Courtroom 201 of the Harold L. Murphy United States Courthouse and Federal Building located at 600 E. 1st Street, Rome, Georgia.  The Court will hear argument from the parties and address any unresolved discovery matters at that time.  If the parties resolve all of their issues before August 3, 2026, they may inform the Deputy Clerk and the status conference will be cancelled.  Furthermore, discovery is not extended at this time; the Court will consider whether an extension is appropriate after oral argument.  No deadlines, including the deadline for filing dispositive motions [50], are extended by this Order.

**SO ORDERED**, this 6th day of July, 2026.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE