**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

WALTER MILES,

                Plaintiff,

v.

LEWIS TREE SERVICE, INC.,

                Defendant.

Civil Action No. 4:25-cv-00244-WMR-JHR

**DEFENDANT'S LIMITED MOTION TO EXTEND THE PERIOD OF
TIME FOR DEFENDANT TO TAKE PLAINTIFF'S DEPOSITION AND
RESOLVE CERTAIN DISCOVERY DISPUTES**

Defendant Lewis Tree Service, Inc. ("Lewis Tree" or "Defendant")[1], through its counsel, respectfully moves the Court to extend the period of time for Defendant to take Plaintiff's deposition and resolve certain outstanding discovery disputes concerning Plaintiff's written discovery responses and document production, up to and including July 31, 2026.  In support of this Motion, Defendant states as follows:

1.      This Court issued a scheduling order on April 10, 2026, setting the deadline for the close of discovery as July 6, 2026. *See* Dkt. No. 50.

2.      On May 29, 2026, Defendant served its First Interrogatories and First Requests for Production on Plaintiff. *See* Dkt. Nos. 54 and 55.

---

[1] All other Defendants named in the Complaint were dismissed from this case. *See* ECF Dkt. Nos. 15 and 37.

3. Plaintiff served his responses to Defendant's discovery requests on June 26, 2026.

4. On June 30, 2026, Defendant served Plaintiff with a discovery deficiency letter concerning Plaintiff's discovery responses and requested a conferral on July 2, 2026.

5. Plaintiff did not respond to Defendant's request for a July 2, 2026 conferral, and has not responded to the discovery disputes identified by Defendant in Defendant's letter, or otherwise cured the deficiencies in his written discovery responses and document production.

6. On June 30, 2026, Defendant noticed Plaintiff's deposition for July 6, 2026.

7. On July 2, 2026, Plaintiff's counsel requested to adjourn the deposition to a later date because Plaintiff's counsel had a court hearing on July 6, 2026.

8. No other depositions were noticed in this matter, and no other written discovery requests were served in this matter other than those referenced above.

9. As Plaintiff's deposition remains outstanding and the deficiencies in Plaintiff's discovery responses remain unresolved, Defendant requests a limited extension of time to take Plaintiff's deposition (which Defendant noticed during the discovery period but which Plaintiff's counsel requested occur after July 6, 2026) and to resolve the discovery disputes respecting Plaintiff's written discovery

2

responses and document production.[2] As such, Defendant respectfully submits that good cause exists for this motion.

10. This request is not made for any improper purposes or to cause unnecessary delay. The requested additional time will not unduly delay the trial of this case.

11. Accordingly, Defendant requests that the Court extend the period of time for Defendant to take Plaintiff's deposition and resolve the outstanding discovery disputes regarding Plaintiff's written discovery responses and document production, up to and including July 31, 2026, and extending the deadline to file a motion for summary judgment up to and including August 31, 2026.

12. A proposed Order is attached for the Court's consideration.

---

[2] Defendant also sent an email to the Court regarding the discovery dispute, given the existing schedule.

Respectfully submitted this July 6, 2026.

> */s/ Dominique F. Saint-Fort*
> Dominique F. Saint-Fort, Bar No. 526306
> dsaintfort@littler.com
> LITTLER MENDELSON, P.C.
> 3424 Peachtree Road N.E., Suite 1200
> Atlanta, Georgia 30326.1127
> Telephone:   404.233.0330
> Facsimile:   404.233.2361
>
> Jessica F. Pizzutelli, Bar No. 5278296
> *Pro Hac Vice Admission granted*
> jpizzutelli@littler.com
> LITTLER MENDELSON, P.C.
> 375 Woodcliff Drive, Suite 2D
> Fairport, New York 14450
> Telephone:   585.203.3400
> Facsimile:   585.203.3414
>
>  *Attorneys for Defendant*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2026, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to this action.

*/s/Dominique F. Saint-Fort*

Dominique F. Saint-Fort
Attorney for Defendant