**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| WALTER MILES, | |
| Plaintiff, | |
| v. | Civil Action No. 4:25-cv-00244-WMR-JHR |
| LEWIS TREE SERVICE, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

This action is before the Court on Defendant's Limited Motion to Extend the Period of Time for Defendant to Take Plaintiff's Deposition and Resolve Certain Discovery Disputes regarding Plaintiff's written discovery responses and document production, through and including July 31, 2026.

For good cause shown, the Motion is GRANTED. The Court extends the period of time for Defendant to take Plaintiff's deposition and resolve outstanding discovery disputes regarding Plaintiff's written discovery responses and document production, through and including July 31, 2026, and extending the deadline to file a motion for summary judgment up to and including August 31, 2026. All other fact discovery is otherwise closed in this matter.

2

**SO ORDERED**, this _____ day of July, 2026.

_____

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE