**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| WALTER MILES,<br><br>      Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE INC.,<br><br>      Defendant. | Case No.: 4:25-cv-244 (WMR) (JHR)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S LIMITED MOTION TO EXTEND THE PERIOD OF TIME FOR DEFENDANT TO TAKE PLAINTIFF'S DEPOSITION AND RESOLVE CERTAIN DISCOVERY DISPUTES** |

Plaintiff Walter Miles ("Plaintiff"), by and through undersigned counsel, respectfully consents to Defendant's motion to extend the period of time for Defendant to take Plaintiff's deposition and resolve certain outstanding discovery disputes concerning Plaintiff's written discovery responses and document production, up to and including July 31, 2026. In support of this Motion, Plaintiff states as follows:

1. Based on the dates offered by the Defendant, Plaintiff confirms that he is able to conduct Plaintiff's deposition on July 30, 2026. In addition, Plaintiff is available to take Defendant's deposition on or before July 30, 2026, which deposition would facilitate the resolution of this case.

2. Regarding any outstanding discovery disputes, Plaintiff confirms that he will meet-and-confer with Defendant by and through counsel on or before July 21, 2026 to resolve any asserted deficiencies.

3. Plaintiff thanks this Court for its time and attention to this case.

Dated: Flushing, New York
       July 10, 2026

RESPECTFULLY SUBMITTED,

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com
*Admitted pro hac vice*

**CONSUMER ATTORNEYS PLLC**
Moshe O. Boroosan, Esq.
GA Bar No.: 744128
2800 North Druid Hills NE
Building A, Suite D
Atlanta, GA 30329-3921
(718) 887-2926 (office)
(718) 874-2914 (facsimile)
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Walter Miles*

- 2 -