**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

WALTER MILES,

              Plaintiff,

v.

LEWIS TREE SERVICE, INC.,

              Defendant.

Civil Action No. 4:25-cv-00244-WMR-JHR

## REPLY IN SUPPORT OF DEFENDANT'S LIMITED MOTION REGARDING PLAINTIFF'S DEPOSITION AND DISCOVERY DEFICIENCIES

Defendant Lewis Tree Service, Inc. ("Lewis Tree" or "Defendant") submits this reply to Plaintiff's Response to Defendant's pending limited motion to extend the period of time for Defendant to take *Plaintiff's* deposition and resolve certain discovery disputes relating to *Plaintiff's* written discovery responses and document production. (Dkt. No. 61, "Plaintiff's Response").

As set forth in Plaintiff's Response, Plaintiff does not oppose sitting for deposition on July 30, 2026, and agrees to meet/confer with Defendant regarding the asserted deficiencies with his discovery responses and production. *Id.*, ¶¶ 1, 2.

However, in Plaintiff's Response, Plaintiff also states—for the first time— that he is "available to take *Defendant's* deposition on or before July 30, 2026…". *Id.*, ¶ 1 (emphasis added). This is unrelated to any of the relief requested in Defendant's motion. Plaintiff did not notice any deposition of Defendant. Plaintiff

has not diligently pursued any discovery from Defendant in this action. Plaintiff did not serve any document requests or interrogatories on Defendant. Plaintiff did not serve any deposition notices on Defendant. As such, Plaintiff is not entitled to any depositions in this action, as his deadline to notice any such deposition has passed.[1]

Respectfully submitted this July 16, 2026.

/s/ Dominique F. Saint-Fort
Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, Georgia 30326.1127
Telephone:  404.233.0330
Facsimile:   404.233.2361

Jessica F. Pizzutelli, Bar No. 5278296
Pro Hac Vice Admission granted
jpizzutelli@littler.com
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone:  585.203.3400
Facsimile:   585.203.3414

Attorneys for Defendant

---

[1] See Couch v. Cobb Cnty. Superior Ct., 874 F. Supp. 1378, 1379 (N.D. Ga. 1995) (denying plaintiff's request to allow additional time to conduct discovery that was not timely served/noticed within the time allowed by the applicable scheduling order); see also Hall v. Piedmont Ear Nose Throat & Related Allergy, P.C., No. 1:09-CV-1569-RLV-RGV, 2010 WL 11596911, at *7 (N.D. Ga. Jan. 11, 2010), report and recommendation adopted, No. 1:09-CV-1569-RLV, 2010 WL 11597140 (N.D. Ga. Jan. 28, 2010) (same).

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Rule 7.1 of the Local Civil Rules for the Northern District of Georgia, the undersigned hereby certifies that this pleading has been prepared in compliance with Local Rule 5.1(C).

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to this action.

/s/Dominique F. Saint-Fort
Dominique F. Saint-Fort
Attorney for Defendant