# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

WALTER MILES,

             Plaintiff,

v.

LEWIS TREE SERVICE, INC.,

             Defendant.

Civil Action No. 4:25-cv-00244-WMR-JHR

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I served a true and correct copy of an

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF WALTER MILES**

upon counsel of record by electronic mail as follows:

| **CONSUMER ATTORNEYS, PLLC** | **CONSUMER ATTORNEYS, PLLC** |
|---|---|
| Moshe O. Boroosan, Esq. | Emanuel Kataev, Esq., |
| mboroosan@consumerattorneys.com | *Admitted pro hac vice* |
| *Attorney for Plaintiff* | ekataev@consumerattorneys.com |
| | *Attorney for Plaintiff* |

Dated:    July 23, 2026

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort, Bar 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:  404.233.0330
Facsimile:  404.233.2361

2

Jessica F. Pizzutelli, Bar No. 5278296
*Pro Hac Vice Admission*
jpizzutelli@littler.com
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone:    585.203.3400
Facsimile:    585.203.3414

*Attorneys for Defendant*

2