**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| WALTER MILES,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC.,<br><br>Defendant. | Civil Action No. 4:25-cv-00244-WMR-JHR |

**DEFENDANT'S MOTION TO EXTEND THE PERIOD OF TIME FOR THE PARTIES TO SUBMIT A JOINT PRETRIAL ORDER**

Defendant Lewis Tree Service, Inc. ("Lewis Tree" or "Defendant")[1], through its counsel, respectfully moves the Court to extend the period of time for the parties to submit a joint pretrial order, up to and including October 1, 2026. In support of this Motion, Defendant states as follows:

1. On July 23, 2026, this Court granted Defendant's motion for an extension of time to take Plaintiff's deposition and permit Plaintiff to complete its document production to Defendant. The Court then set the deadline of September 1, 2026, for filing a motion for summary judgment or submitting a proposed pretrial order. *See* Docket Entry, dated July 23, 2026.

---

[1] All other Defendants named in the Complaint were dismissed from this case. *See* ECF Dkt. Nos. 15 and 37.

2. Thereafter, the parties agreed to participate in mediation to determine if resolution was possible.

3. Following the close of discovery on July 30, 2026, between August 5, 2026 and August 25, 2026, counsel for Defendant contacted counsel for Plaintiff **on at least six occasions to discuss scheduling mediation and/or in order to confer regarding the joint pretrial order**. It is impossible for Defendant to prepare for the September 1, 2026 deadline, including the preparation of a **joint** pretrial order, without communication from Plaintiff's counsel.

4. As has been opposing counsel's *modus operandi* throughout this matter, Plaintiff's counsel has not responded to any of Defendant's counsel's emails and outreach attempts. Defendant previously filed a motion to dismiss this action for failure to prosecute, which details Plaintiff's counsel's repeated lack of engagement in this action. *See* Dkt. No. 39. It is unfair for Defendant to continue to be expected to defend against a case that Plaintiff has no interest in prosecuting.

5. Given the impending deadline, Defendant is severely prejudiced by Plaintiff's lack of communication. Defendant cannot unilaterally prepare a joint pretrial order without participation from Plaintiff. In an effort to limit expenditure of the Court and Defendant's resources, as well as allow Defendant time to confer with Plaintiff and counsel regarding the joint pretrial order, and explore the possibility of mediation, Defendant respectfully requests additional time for the parties to submit

a proposed pretrial order. For the reasons stated herein, Defendant respectfully submits that good cause exists for this motion.

6. Defendant further requests an Order from this Court requiring Plaintiff's counsel to meet and confer with Defendant's counsel by September 17, 2026 to discuss the matters outlined in the joint pretrial order.

7. This request is not made for any improper purposes or to cause unnecessary delay. The requested additional time will not unduly delay the trial of this case.

8. Accordingly, Defendant requests that the Court extend the period of time for the parties to submit a proposed pretrial order, up to and including October 1, 2026.

9. A proposed Order is attached for the Court's consideration.

Respectfully submitted this August 27, 2026.

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort, Bar No. 526306
dsaintfort@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, Georgia 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

Jessica F. Pizzutelli, Bar No. 5278296
*Pro Hac Vice Admission granted*
jpizzutelli@littler.com
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
Telephone: 585.203.3400
Facsimile: 585.203.3414

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing using the Court's ECF system, which will automatically generate notice to counsel of record for all other parties to this action.

*/s/Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Attorney for Defendant