**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| WALTER MILES,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC.,<br><br>Defendant. | Civil Action No. 4:25-cv-00244-WMR-JHR |

# [PROPOSED] ORDER

This action is before the Court on Defendant's Motion to Extend the Period of Time for the Parties to Submit a Joint Pretrial Order, through and including October 1, 2026.

For good cause shown, the Motion is GRANTED. The Court extends the period of time for Parties to submit a joint pretrial order, through and including October 1, 2026.

**SO ORDERED**, this _______ day of August, 2026.

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE