# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:25-cv-00244-WMR-JHR**
**Miles v. Lewis Tree Service, Inc. et al**
**Honorable John H. Rains, IV**

Minute Sheet for proceedings held in Chambers on 09/11/2026.

TIME COURT COMMENCED: 10:04 AM.
TIME COURT CONCLUDED: 10:16 AM.
TIME IN COURT: 00:12
OFFICE LOCATION: Rome

TAPE NUMBER: WebEx
DEPUTY CLERK: Teressa Frazier

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Emanuel Kataev representing Walter Miles<br>Jessica Pizzutelli representing Lewis Tree Service, Inc.<br>Dominique Saint-Fort representing Lewis Tree Service, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | The parties met to discuss the [68] MOTION for Extension of Time for the Parties to Submit a Joint Pretrial Order. Written order to follow. |