IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WALTER MILES,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>4:25-CV-00244-WMR-JHR |

**ORDER**

This matter is before the Court on the defendant's motion to extend the period of time for the parties to submit a joint pretrial order [68]. In considering that motion, the Court held a telephone conference on September 11, 2026 to set deadlines for the exchange of information and the submission of a joint proposed pretrial order as required by Local Rule 16.4, 16.6, and Form III in Appendix B.[1]

Based on defense counsel's representation that its portion of the proposed pretrial order could be exchanged within two to three weeks, the Court **DIRECTS** the defendant to comply with the requirements of Local Rule 16.4 and 16.6 and

---

[1] The defendant confirmed it will not file a motion for summary judgment.

complete the defendant's portion of Form III in Appendix B on or before **October 1, 2016**. Likewise, the plaintiff is **DIRECTED** to do the same and to timely exchange any information necessary for the defendant to meet that deadline. The parties have contemplated mediating this case, any request to be referred to mediation before a magistrate judge is due on or before **September 18, 2026**.

Furthermore, the Court **ORDERS** the plaintiff to file a joint proposed pretrial order which complies with Local Rules 16.4 and 16.6 and uses Form III in Appendix B on **October 16, 2026**.[2] The parties are **CAUTIONED** that no extensions to the above deadlines will be granted. Should the plaintiff fail to comply with this Order, any motion to dismiss for failure to prosecute this case is also due on **October 16, 2026**.

In sum, the Court **GRANTS** the defendant's motion [68] and **ORDERS** the plaintiff to file a joint proposed pretrial order in compliance with the Local Rules and following the above instructions on or before **October 16, 2026**. Failure to do so may result in the dismissal of this action. *See* N.D. Ga. Civ. R. 16.5 ("Failure to comply with the Court's pretrial instructions may result in the imposition of sanctions, including dismissal of the case or entry of a default judgment.").

---

[2] The plaintiff's counsel proposed the October 16, 2026 deadline.

**SO ORDERED**, this 11th day of September, 2026.

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE