IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WALTER MILES,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE, INC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>4:25-CV-00244-WMR-JHR |

**ORDER**

This matter is before the Court on the parties' joint request to be referred to a Magistrate Judge for mediation. Accordingly, the Court **GRANTS** the request and **REFERS** this case to the Chief Magistrate Judge for assignment to the next available judicial mediator. The parties shall file a status report within **FIVE (5) DAYS** of the completion of mediation and address whether a complete settlement was reached and, if not, what claims remain. Furthermore, the deadlines set forth in the Court's September 11, 2026 Order [70] will remain in effect.

**SO ORDERED**, this the 21st day of September, 2026.

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE