FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Nov 16 2026
KEVIN P. WEIMER , Clerk
By: Christina Klimenko
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| WALTER MILES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO.: |
| v. | : | 4:25-CV-244-WMR-JHR |
| | : | |
| LEWIS TREE SERVICE, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER TO ALLOW ELECTRONIC EQUIPMENT IN COURTROOM**

Pursuant to Local Rule 83.4 for the Northern District of Georgia and by direction of the Court, it is hereby **ORDERED** that in addition to counsel on behalf of the Plaintiff and Defendant, Walter Miles and Stephen Polozie be allowed to bring in the following equipment to Courtroom #103 United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia at **10:00 a.m.** on **Friday, November 20, 2026** for the purpose of mediation:

1. Laptop computers, ipads, and/or tablets
2. Cell phones

The individuals seeking to enter with the equipment will be required to produce proper identification upon entering the security station to the Sidney O. Smith Federal Building.

**SO ORDERED** this 16th day of November, 2026.

Anna W. Howard
United States Magistrate Judge